IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| LANDRY'S RESTAURANTS, INC. | § § | |
| Plaintiff | § § § | |
| v. | § § § | |
| POST ADVISORY GROUP, LLC AND LORD ABBETT BOND-DEBENTURE FUND, INC. | § § § § | CIVIL NO. 3:07-C.V.-00406 |
| Defendants | § § § | |
| and | § § | |
| U.S. BANK NATIONAL ASSOCIATION Solely in its capacity as successor trustee Under the Indenture dated as of December 28, 2004 under which Landry's Restaurants, Inc.'s 7.50% Senior Notes due December 15, 2014 were issued, | § § § § § § § | |
| Nominal Defendant | § | |

**MOTION TO STRIKE PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT**

Plaintiff Landry's Restaurants, Inc. ("Landry's") filed a Motion for Summary Judgment in this case on August 15, 2007.

A party seeking to recover on a claim or obtain a declaratory judgment can move for summary judgment "at any time after the expiration of 20 days from the commencement of the action or after service of a motion for summary judgment by the adverse party . . . ." FED. R. CIV. P. 56(a); *see also S. Pac. Transp. Co. v. Nat'l Molasses Co.*, 540 F.2d 213, 214 n.2 (5th Cir. 1976) ("A summary judgment motion is not appropriate until 20 days after the suit is filed . . ..").

Landry's filed its Verified Original Complaint and Application for a Temporary Restraining Order on August 1, 2007.

Landry's summary judgment motion was filed less than twenty days after it had commenced this action, and thus under the Federal Rules of Civil Procedure it is untimely and should be stricken in its entirety.

Dated: August 16, 2007

Respectfully submitted,

By: __/s/ Scott Humphries_____
    Scott Humphries

**GIBBS & BRUNS, LLP**
Kathy Patrick
Attorney-in-Charge
TX Bar No. 15581400
1100 Louisiana Street, Ste.5300
Houston, TX 77002
Telephone: (713) 650-8805
Facsimile: (713) 750-0903

**Attorneys for Defendants Post Advisory Group and Lord Abbett Bond-Debenture Fund, Inc.**

<u>OF COUNSEL FOR DEFENDANTS:</u>
**GIBBS & BRUNS, LLP**
Scott Humphries
TX Bar No. 00784511
Brandon Allen
TX Bar No. 24009353
1100 Louisiana Street, Ste.5300
Houston, TX 77002
Telephone: (713) 650-8805
Facsimile: (713) 750-0903

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was electronically served on the following counsel of record via ECF on the 16th day of August 2007, as indicated below.  Where indicated, counsel was also served via facsimile.

          **__/s/ Brandon T. Allen_____**
          Brandon T. Allen

**Via Email**
Anthony G. Buzbee
The Buzbee Law Firm
1910 Ice & Cold Storage Building
104 21st Street
Galveston, Texas 77550
Telephone No. 409/762-5393
Fax No. 409/762-0538
tbuzbee@txattorneys.com

**Via Email**
J. Wiley George
Charles B. Hampton
Andrews & Kurth, LLP
600 Travis, Suite 4200
Houston, Texas 77002
Telephone No. 713/220-3938
Fax No. 713/220-3943
wileygeorge@andrewskurth.com
charleshampton@andrewskurth.com

**Via Email**
Thomas E. Kurth
Haynes and Boone, LLP
901 Main Street, Suite 3100
Dallas, Texas 75202
Telephone No. 214/651-5621
Fax No. 214/200-0506
thomas.kurth@haynesboone.com

- 4 -

**Via Facsimile**
George W. Vie III
Mills Shirley LLP
2228 Mechanic Street, Suite 400
P. O. Box 1943
Galveston, Texas 77553
Telephone No. 409/763-2341
Fax No. 409/763-2879

**Via Email**
Michael T. Powell
Patricia Casey
Odean L. Volker
Haynes and Boone, LLP
1 Houston Center
1221 McKinney Street, Suite 2100
Houston, Texas 77010
Telephone No. 713/547-2000
Fax No. 713/547-2600
michael.powell@haynesboone.com
patricia.casey@haynesboone.com
odean.volker@haynesboone.com

**Via Email**
Gerard Pecht
Larry Kruse
Steven Roberts
Reagan M. Brown
Edward J. Patterson
Fulbright & Jaworski
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone No. 713/651-5151
Fax No. 713/651-5246
gpecht@fulbright.com
lkruse@fulbright.com
slroberts@fulbright.com
rbrown@fulbright.com
epatterson@fulbright.com

- 5 -

**Via Facsimile**
Alton C. Todd
The Law Firm of Alton C. Todd
312 S. Friendswood Drive
Friendswood, Texas 77546
Telephone No. 281/992-8633
Fax No. 281/648-8633

**Via Email**
Ira H. Goldman
Julie A. Manning
Shipman & Goodwin, LLP
One Constitution Plaza
Hartford, CT 06103-1919
Telephone No. 860/251-5000
Fax No. 860/251-5099
igoldman@goodwin.com
jmanning@goodwin.com