UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| LANDRY'S RESTAURANTS INC, | § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. G-07-406 |
| POST ADVISORY GROUP, LLC, *et al*, | § § § | |
| Defendant. | § | |

## ADMINISTRATIVE CLOSING ORDER

On the 20th day of August, 2005, the parties announced a complete settlement of all controversies herein existing. It is accordingly

**ORDERED, ADJUDGED** and **DECREED** that this cause is hereby **ADMINISTRATIVELY CLOSED** through August 29, 2007. Full closing documentation shall be filed by such date. As permitted by the Supreme Court and the Fifth Circuit, the Court **expressly retains jurisdiction over the settlement of this case for the stated period of administrative closure.** *See Kokkonen v. Guardian Life Insurance Co.*, 511 U.S. 375, 114 S. Ct. 1673, 128 L. Ed. 2d 391 (1994); *Hospitality House, Inc. v. Gilbert*, 298 F.3d 424, 430 (5th Cir. 2002). Either side may move to re-open within such time, but only for exceptionally good cause shown.

The Temporary Restraining Order, heretofore entered herein will expire at 5:00 p.m., on that date, without necessity of further action by the Court.

**IT IS SO ORDERED.**

**DONE** at Galveston, Texas, this the 20th day of August, 2007.

SAMUEL B. KENT
UNITED STATES DISTRICT JUDGE