UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| LANDRY'S RESTAURANTS, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>POST ADVISORY GROUP, LLC and LORD ABBETT BOND-DEBENTURE FUND, INC., and U.S. BANK NATIONAL ASSOCIATION, solely in its capacity as Indenture Trustee under that certain Indenture on behalf of all Holders of Landry's Restaurants, Inc.'s 7.50% Senior Notes Due 2014,<br><br>　　　　Defendants, | §§§§§§§§§§§§§§§§ NO. 3:07-CV-00406 |

## PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

Plaintiff, Landry's Restaurants, Inc. files this Motion to Dismiss with Prejudice, stating as grounds therefore that the parties have reached a settlement of their disputes in this Cause.

Plaintiff respectfully requests that the Court dismiss this Cause with prejudice.

DATED: August 28, 2007　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　By:　　　　　　/s/
　　　　　　　　　　　　　　　　　　Anthony G. Buzbee
　　　　　　　　　　　　　　　　　　*Attorney-in-Charge*
　　　　　　　　　　　　　　　　　　THE BUZBEE LAW FIRM
　　　　　　　　　　　　　　　　　　1910 Ice & Cold Storage Building
　　　　　　　　　　　　　　　　　　104 21st Street
　　　　　　　　　　　　　　　　　　Galveston, Texas 77550
　　　　　　　　　　　　　　　　　　Tel.: 409.762.5393
　　　　　　　　　　　　　　　　　　Fax: 409.762.0538

　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR PLAINTIFF**
　　　　　　　　　　　　　　　　　　**LANDRY'S RESTAURANTS, INC.**

OF COUNSEL:

George W. Vie III
MILLS SHIRLEY L.L.P.
228 Mechanic Street, Suite 400
P. O. Box 1943
Galveston, Texas 77553-1943
Tel.: 409.763.2341
Fax: 409.763.2879

J. Wiley George
Charles B. Hampton
ANDREWS KURTH LLP
600 Travis, Suite 4200
Houston, Texas 77002
Tel.: 713.220.3938
Fax: 713.220.3943

Thomas E. Kurth
Patricia L. Casey
Odean L. Volker
HAYNES AND BOONE, LLP
1 Houston Center
1221 McKinney Street, Suite 2100
Houston, Texas 77010
Tel.: 713.547.2000
Fax: 713.547.2600

Miranda S. Schiller
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
Tel: 212 310 8491
Fax: 212 310 8007

## **CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing document was served, via facsimile, this 29th day of August, 2007, to the following parties:

| | |
|---|---|
| Kathy D. Patrick, Esq.<br>GIBBS & BRUNS L.L.P.<br>1100 Louisiana, Suite 5300<br>Houston, Texas 77002<br>*Attorney for Post Advisory Group,*<br>*Lord Abbett* | *Via Facsimile (713) 650-8805* |
| Gerard G. Pecht, Esq.<br>Layne E. Kruse, Esq.<br>Steven L. Roberts, Esq.<br>Regan M. Brown, Esq.<br>Edward J. Patterson, Esq.<br>FULBRIGHT & JAWORSKI L.L.P.<br>1301 McKinney, Suite 5100<br>Houston, TX 77010-5151<br>*Attorney for U.S. Bank* | *Via Facsimile (713) 651-5246* |
| Alton C. Todd, Esq.<br>THE LAW FIRM OF ALTON C. TODD<br>312 S. Friendswood Drive<br>Friendswood, TX 77546 | *Via Facsimile (281) 648-8633* |
| Ira H. Goldman, Esq.<br>Julie A. Manning, Esq.<br>SHIPMAN & GOODWIN, LLP<br>One Constitutional Plaza<br>Hartford, CT 06103-1919 | *Via Facsimile (860) 251-5214* |

*Of Counsel For U.S. Bank*

/s/
Patricia L. Casey
