UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| LANDRY'S RESTAURANTS, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| POST ADVISORY GROUP, LLC AND LORD ABBETT BOND-DEBENTURE FUND, INC., and U.S. BANK NATIONAL ASSOCIATION, solely in its capacity as Indenture Trustee, on behalf of all Holders of Landry's Restaurants, Inc.'s 7.50% Senior Notes Due 2014 | § § § § § § § § § § § | NO. 3:07-CV-00406 |
| Defendants, | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this date came on to be considered Plaintiff's Motion to Dismiss with Prejudice; whereupon, the Court, after first having considered the motion, as well as all relevant papers on file, is of the opinion that the motion is well taken and should be granted; it is accordingly

ORDERED that Plaintiff's Motion to Dismiss With Prejudice is hereby granted, and, accordingly, all claims against Defendants Post Advisory Group, LLC, Lord Abbett Bond Debenture Fund, Inc. and U.S. Bank National Association, solely in its capacity as Indenture Trustee on behalf of all Holders of Landry's Restaurants, Inc.'s 7.50% Senior Notes Due 2014 are dismissed with prejudice; It is further

ORDERED that all costs of Court shall be taxed against Plaintiff.

SIGNED: Aug. 30, 2007

JUDGE PRESIDING

APPROVED AS TO
FORM AND SUBSTANCE:


_____/s/_____
Anthony G. Buzbee
*Attorney-in-Charge*
THE BUZBEE LAW FIRM
1910 Ice & Cold Storage Building
104 21st Street
Galveston, Texas 77550
Tel.: 409.762.5393
Fax: 409.762.0538

**ATTORNEYS FOR PLAINTIFF
LANDRY'S RESTAURANTS, INC.**