UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| LANDRY'S RESTAURANTS, INC., §<br>§<br>Plaintiff, §<br>§<br>v. §<br>§<br>POST ADVISORY GROUP, LLC and §<br>LORD ABBETT BOND-DEBENTURE §<br>FUND, INC., §<br>§<br>Defendants, §<br>§<br>and §<br>§<br>U.S. BANK NATIONAL ASSOCIATION, §<br>solely in its capacity as Indenture Trustee §<br>on behalf of all Holders of Landry's §<br>Restaurants, Inc.'s 7.50% Senior Notes §<br>Due 2014, §<br>§<br>Nominal Defendant. § | NO. G-07-406 |

### ORDER GRANTING MOTION FOR RELEASE OF FUNDS

Now before the Court is Plaintiff's Motion for Release of Funds. After reviewing the pleadings in this matter, the Court finds the Motion has merit and should be granted.

**IT IS THEREFORE ORDERED THAT**

The $100,000.00 cashier's check from The Buzbee Law Firm (plus interest) is hereby released, and such check is Ordered to be made payable to The Buzbee Law Firm.

**IT IS SO ORDERED.**

On this the 5th day of April 2008

[signature]